THE FORT WAYNE, MUNCIE AND CINCINNATI RAIL-
ROAD COMPANY *v.* GOUGH.

From the Randolph Circuit Court.

*W. H. Coombs, J. Morris* and *R. C. Bell,* for appellant.

*W. Grose,* for appellee.

PETTIT, J.—This case and that of *Paul* v. *The Conners-ville and Newcastle Junction R. R. Co.,* at this term, *ante,* p. 527, are admitted by counsel to be the same in all important legal respects as to the rights of the parties; the only differ-ence between them being that in that case the defendant succeeded and had judgment in her favor, while in this case the plaintiff succeeded and had judgment in his favor.    Both cases depended on the same law and facts, but were decided by different courts.    That judgment was affirmed, and therefore the judgment in this case must be reversed, which is done, at the costs of the appellee.